

**GRANTED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

*Shelley Hill*

**Shelley Hill**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

DISTRICT COURT, ROUTT COUNTY, COLORADO

1955 Shield Drive.
Steamboat Springs, CO 80477
970-987-5020

**EFILED Document**
**CO Routt County District Court 14th JD**
**Filing Date: Mar 13 2012 4:59PM MDT**
**Filing ID: 43066451**
**Review Clerk: Guyla R Littlehorn**

**Plaintiff:**
CHADWICK PLACE AT STEAMBOAT HOMEOWNERS ASSOCIATION, INC., a Colorado nonprofit corporation

v.

**Defendants:**
CHADWICK PLACE, LLC; JSM BUILDERS, INC.; SOUND CONSTRUCTION, INC.

▲ COURT USE ONLY ▲

Case Number: 08CV254

Div.: 2A

## JUDGMENT ORDER

This matter came before the Court for a jury trial which was held March 5, 2012 through March 9, 2012, and the jury having heard the evidence, and given instructions by the Court, duly deliberated the issues and returned answers to the interrogatories submitted to them by the Court, found total damages of $557,000.00 in favor of the Plaintiff, and allocated those damages to the Defendants in the following percentages:

| | |
|---|---|
| Defendant JSM Builders, Inc. | 18% |
| Defendant Sound Construction, Inc. | 12% |
| Defendant Chadwick Place, LLC | 70% |

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that pursuant to Rules 58 and 79(d) of the Colorado Rules of Civil Procedure, the Clerk of this Court shall, based on the verdict of the jury, forthwith enter upon the register of actions of the Court judgment in favor of the Plaintiff, Chadwick Place at Steamboat Homeowners Association, Inc., and against the Defendants, severely as follows:

1. Judgment shall enter in favor of Plaintiff and against **JSM Builders, Inc.** in the amount of **$100,260.00,** plus pre and post judgment interest as provided by law and costs to be determined by the Court;

2. Judgment shall enter in favor of Plaintiff and against **Sound Construction Inc.** in the amount of **$66,840.00,** plus pre and post judgment interest as provided by law and costs to be determined by the Court;

EXHIBIT 3                    ***Appendix A-2***

    3. Judgment shall enter in favor of Plaintiff and against **Chadwick Place LLC** in the amount of **$389,900.00,** plus pre and post judgment interest as provided by law and costs to be determined by the Court.

    Plaintiff shall file its Bill of Costs by March 26, 2012.

        Dated this _____ day of March, 2012.

                                                  BY THE COURT:

                                                _____
                                                DISTRICT COURT JUDGE

This document constitutes a ruling of the court and should be treated as such.

| | |
|---|---|
| **Court:** | CO Routt County District Court 14th JD |
| **Judge:** | Shelley A Hill |
| **File & Serve Transaction ID:** | 43058769 |
| **Current Date:** | Mar 13, 2012 |
| **Case Number:** | 2008CV254 |
| **Case Name:** | CHADWICK PLACE AT STEAMBOAT HOMEOWNERS A vs. CHADWICK PLACE LLC et al |
| **Court Authorizer:** | Shelley A Hill |

**/s/ Judge Shelley A Hill**